DocuSign Envelope ID: B772B779-C027-4528-A416-78EE56BDE59C

# acceptance
## auto insurance

Company: First Acceptance Insurance Company Of Georgia, Inc.
Type of Insurance: **Personal Auto**

### DECLARATIONS PAGE

Date:    04/23/18

P.O. Box 23410
Nashville, TN  37202

| | |
|---|---|
| Policy Number: | CSGA    000302584 |
| Effective Date: | 04/23/2018    11:58 AM |
| Policy Period: | 04/23/2018 to 10/23/2018 |
| Customer Service: | 1-800-321-0899 |

Account Number:

Se Habla Espanol    1-888-922-7767

This policy expires at 12:01 am CST on the policy end date listed above.

Insured
CARRIE JONES
2707 WINDCLIFF DRIVE
MARIETTA, GA  30067

Agent:
ACCEPTANCE INSURANCE-WEBSITE
P.O. BOX 23410
NASHVILLE  TN  37202
Phone: 800-3210899
Agent#: 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

### VEHICLE INFORMATION
The auto(s) or trailer(s) described in this policy is/are principally garaged at the above address unless otherwise stated.

| VEH NO | MODEL YEAR | MAKE | MODEL | VIN | Symbol | Class | Points | Deductible Comp/Collision |
|---|---|---|---|---|---|---|---|---|
| 001 | 2015 | KIA | SOUL | KNDJN2A28F7232265 | 83 | FS29 | | $1000 / $1000 |

### LIENHOLDER INFORMATION

| VEH NO | INTEREST NAME | INTEREST ADDRESS | INTEREST PHONE NUMBER |
|---|---|---|---|
| 001 | Unknown | 00000-0000 | |

### COVERAGES AND PREMIUMS BY VEHICLE
*If purchased, the comprehensive/collision deductible selected for each vehicle is listed in the "Vehicle Information" section.

| COVERAGE | LIMITS OF LIABILITY | DEDUCTIBLE* | VEH 1 PREM | VEH 2 PREM | VEH 3 PREM | VEH 4 PREM | VEH 5 PREM | VEH 6 PREM |
|---|---|---|---|---|---|---|---|---|
| Bodily Injury | 25,000  each person | | | | | | | |
| | 50,000  each accident | | 432.00 | | | | | |
| Property Damage | 25,000  each accident | | 354.00 | | | | | |
| Uninsured Mtr BI | 25,000  each person | | 85.00 | | | | | |
| | 50,000  each accident | | | | | | | |
| Uninsured Mtr PD | 25,000  each accident | 250 | 60.00 | | | | | |
| Comprehensive | 1,000  deductible each accident | | 92.00 | | | | | |
| Collision | deductible each accident | | 406.00 | | | | | |

TOTAL PREMIUM PER VEH                                                                                                1429.00

GA 200 02.17

DocuSign Envelope ID: B772B779-C027-4528-A416-78EE56BDE59C

## DRIVER INFORMATION

| DVR NO | DRIVER NAME | DOB | SEX | M/S | DL STATE | DL STATUS | STATUS |
|---|---|---|---|---|---|---|---|
| 1 | CARRIE JONES | 08/28/1989 | F | S | GA | | Rated |

## PREMIUM SUMMARY

TOTAL PREMIUM:  $ 1,429.00         MGA FEE:        $31.50
POLICY FEE:     $                  TOTAL CHARGES:  $1,460.50

* A FEE OF  $8.00  IS CHARGED FOR EACH INSTALLMENT.

## ENDORSEMENT CHANGES

| ENDORSEMENT CHANGES | EFFECTIVE DATE |
|---|---|
|  |  |

The above endorsement(s) has (increased/decreased) your premium by

## ENDORSMENTS MADE PART OF THIS POLICY AT TIME OF ISSUE

FAGA 100 02.17 PERSONAL AUTO POLICY        GAS-121     LOSS PAYABLE CLAUSE

Note: if you fail to receive any of the above policy forms or endorsements or for additional copies, please contact: Acceptance Auto Insurance, P.O Box 150769, Nashville, TN 37215

GA 200 02.17